# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | No. 11-03038-01-CR-S-RED |
| | ) | |
| Plaintiff, | ) | **COUNT ONE:** |
| | ) | 18 U.S.C.§ 2422(b) |
| v. | ) | NLT 10 Years Imprisonment |
| | ) | NMT Life Imprisonment |
| **ADAM HAMMOND**, | ) | NMT $250,000 Fine |
| [DOB: 03-07-1989] | ) | NLT 5 Years Supervised Release |
| | ) | NMT Life Supervised Release |
| Defendant. | ) | Class A Felony |
| | ) | |
| | ) | **COUNT TWO:** |
| | ) | 18 U.S.C. § 2252(a)(2) & (b)(1) |
| | ) | NLT 5 Years Imprisonment |
| | ) | NMT 15 Years Imprisonment |
| | ) | NMT $250,000 Fine |
| | ) | NMT Life Supervised Release |
| | ) | Class C Felony |
| | ) | |
| | ) | **FORFEITURE ALLEGATION** |
| | ) | 18 U.S.C. § 2253 |
| | ) | |
| | ) | $100 Special Assessment (Each Count) |

# **I N D I C T M E N T**

**THE GRAND JURY CHARGES THAT:**

## **COUNT ONE**

Between October 31, 2010, and December 29, 2010, in Polk County, and elsewhere, in the Western District of Missouri, the defendant, **ADAM HAMMOND**, did use a facility and means of interstate commerce, that is the internet and the cellular telephone network, to attempt to knowingly persuade, induce, and entice an individual whom he believed to be less than eighteen years of age, to engage in sexual activity for which a person can be criminally charged under the laws of the State of Missouri. Missouri law prohibits any person from engaging in

deviate sexual intercourse, including oral sexual intercourse, with another person who is less than fourteen years of age.

All of which is in violation of Title 18, United States Code, Section 2422(b).

## COUNT TWO

Between October 31, 2010, and December 29, 2010, in Polk County, and elsewhere, in the Western District of Missouri, the defendant, **ADAM HAMMOND**, did knowingly receive and distribute any visual depiction that had been mailed and shipped and transported in interstate commerce, and which contains materials which had been so mailed and shipped and transported by any means, including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct and which visual depiction was of such conduct, all in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## FORFEITURE ALLEGATION

The allegations contained in Counts One and Two are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253(a).

Pursuant to Title 18, United States Code, Section 2253, upon conviction of one or more of the offenses alleged in Counts One and Two of this Indictment, the defendant, **ADAM HAMMOND**, shall forfeit to the United States the following:

(1) any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, or 2252, or any book, magazine, periodical, film, videotape, computer file, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110; and

(2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses alleged in Counts One, and Two, above; and

(3) any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses alleged in Counts One and Two of this Indictment, or any property traceable to such property.

The property to be forfeited includes, but is not limited to, the following:

(a). Samsung cellular telephone, bearing serial number RP4S268684T.

**A TRUE BILL**

/s/_____
FOREPERSON OF THE GRAND JURY


*/s/ James J. Kelleher*
James J. Kelleher
Assistant United States Attorney


DATED: 5/11/2011