IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 11-03038-01-CR-S-RED |
| | ) | |
| ADAM HAMMOND, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Upon application of the United States Attorney for the Western District of Missouri, the clerk is hereby ordered to issue a Writ of Habeas Corpus Ad Prosequendum directed to the Polk County Jail, Bolivar, Missouri, and to the United States Marshals, or any other authorized officer, to produce one ADAM HAMMOND (DOB: 1989), now confined at the Polk County Jail, Bolivar, Missouri, in the custody of the warden or the person there in charge, before the United States District Court, at Springfield, Missouri, on May 23, 2011, at 9:30 a.m., or at any time thereafter as the Court may direct, so that said person may appear in accordance with law in the above-entitled cause; and after said person shall have so appeared to return said person to the aforementioned custody as may be directed by this Court.

       /s/ James C. England
**JAMES C. ENGLAND**
**United States Magistrate Judge**

Dated this 12th day of May, 2011.