*IN THE UNITED STATES DISTRICT COURT FOR THE*
*WESTERN DISTRICT OF MISSOURI*
*SOUTHERN DIVISION*

MINUTE SHEET

**UNITED STATES OF AMERICA**            Date: May 23, 2011

vs.            Case No. 11-03038-01-CR-S-RED

**ADAM HAMMOND**

---

**Honorable James C. England, presiding at Springfield, Missouri**

**Nature of Hearing: First Appearance**

**Time Commenced: 9:30 a.m.**            **Time Terminated: 9:41 a.m.**

**APPEARANCES**

**Plaintiff: N/A**            **Defendant: N/A**

**Proceedings: Parties appear as indicated above, dft in person. Defendant advised of rights and sworn regarding financial affidavit. Court will appoint counsel to represent dft. Dft appears on a writ from another jurisdiction; therefore, he is not eligible for bond at this time. The arraignment, bail review and scheduling conference will be set on 6/2/11 at 9:30 a.m. Dft remains in custody.**

**ERO/COURTROOM DEPUTY: Glenda Elayer**