# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 11-03038-01-CR-S-RED |
| | ) | |
| ADAM HAMMOND, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

For good cause appearing, it is hereby

ORDERED that the bail review, arraignment and scheduling conference in this case be, and it is hereby, set on June 2, 2011, at 9:30 a.m., before the undersigned, Courtroom 2601, United States Courthouse, 222 North John Q. Hammons Parkway, Springfield, Missouri.


_____ /s/ *James C. England* _____
JAMES C. ENGLAND
United States Magistrate Judge


Date: May 23, 2011