UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

NOTICE OF APPEAL

| | |
|---|---|
| United States of America | 11-03038-01-CR-S-RED |
| **Plaintiff** | Case Number |
| vs. | |
| Adam Hammond | Honorable Richard E. Dorr |
| **Defendant** | District Court Judge |

Notice is hereby given that Adam Hammons appeals to the United States Court of Appeals for the Eighth Circuit From the: X Judgment & Commitment ☐ Order _____
_____ entered on this action on February 22, 2012.
                                            Date

| | |
|---|---|
| Ian A. Lewis | (417) 873-9022 |
| Name of Counsel | Telephone Number |
| | |
| 901 St. Louis Street, Suite 801 | |
| Street Address | SSN (for CJA compensation) |
| | |
| Springfield, Missouri 65806 | /s/ Ian A. Lewis |
| City    State    Zip | Signature of Attorney |
| | |
| | February 27, 2012 |
| | Date |

TRANSCRIPT ORDER FORM

To be completed by attorney for appellant

| | |
|---|---|
| X Please prepare transcript of: | ☐ No transcript ordered: |
|     ☐ Pretrial proceedings |    Reason: |
|     ☐ Testimony or | ☐ Previously filed |
|     ☐ Portions thereof | ☐ Other _____ |
|     X Sentencing | |
|     ☐ Post-trial proceedings | |
|     X Other Change of plea hearing - 11/3/2011 | |

**CERTIFICATE OF COMPLIANCE**

Appellant hereby certifies that copies of this notice of appeal/transcript order form have been filed/served upon U.S. District Court, court reporter, and all counsel of record, and that satisfactory arrangements for payment of cost of transcripts ordered have been made with the court reporter. (FRAP 10(b)). Method of payment: X Funds ☐ CJA Form 24, completed and attached

Attorney's signature    /s/ Ian A. Lewis    Date    February 27, 2012

(See Reverse)

INFORMATION SHEET

To be Completed by Attorney for Appellant

1. Defendant's Address: c/o Christian County Jail, 110 West Elm Street, Room 70, Ozark, Missouri 65721

2. Date of verdict: N/A    Jury ☐ Non jury ☐

   Offenses: _____

   Trial Testimony    Number of days ____    Bail Status: ____

3. Sentence and Date Imposed: 240 months, 15 years supervised release, February 17, 2012

4. Date Trial Transcripts Ordered by Counsel or District Court: February 27, 2012

   Stenographer in Charge (Name, Address and Telephone Number): Jeannine Rankin, 222 North John Q. Hammons Parkway, Springfield, Missouri 65806, (417) 865-3741

5. Trial Counsel was X appointed ☐ retained

   Does Defendant's financial status warrant appointment of counsel on appeal? Yes

   Affidavit of financial status filed: May 23, 2011

   Is there any reason why trial counsel should not be appointed as counsel on appeal? No

6. Assistant United States Attorney name and telephone number: James J. Kelleher, 831-4406

---

COURT REPORTER ACKNOWLEDGMENT

Date Order Received    Estimated Completion Date    Estimated No. of Pages

Court Reporter's Signature    Date

:ntcappl.int